UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 08-0071 |
| CALVIN EFFRON | SECTION "F" |

## ORDER AND REASONS

Before the Court is Calvin Efron's motion for clarification or reconsideration of the Court's Order, dated February 22, 2017, denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Court denied the defendant's motion for a reduction in sentence because the applicable sentencing guideline range was not affected or altered by the amendment.

Accordingly, IT IS ORDERED: that Calvin Effron's motion for clarification is GRANTED and the alternative motion for reconsideration of the Court's Order is DENIED.

New Orleans, Louisiana, April 27, 2017

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE