UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 08-71 |
| | * | |
| | * | SECTION: "F"(1) |
| VERSUS | * | |
| | * | JUDGE MARTIN L. C. FELDMAN |
| | * | |
| CALVIN EFFRON | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that, having found that Calvin Effron has established good cause and/or excusable neglect for his untimely appeal, Effron's untimely notice of appeal is hereby excused and his appeal may be addressed on the merits.

New Orleans, Louisiana, this 22nd day of March, 2018.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE